IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| EXCENTUS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAFEWAY, INC.; BLACKHAWK NETWORK, INC.; BLACKHAWK MARKETING, LLC; and RANDALL'S FOOD & DRUGS, LP, | ) ) ) ) |
| | ) Civil Action No. 1:09-CV-106-C |
| Defendants. | ) ECF |

**ORDER**

On this day the Court considered Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404, filed September 11, 2009. Plaintiff, Excentus Corporation, did not file a response. After considering the relevant argument and authorities, and in light of Plaintiff's failure to respond, the Court is of the opinion that Defendants' Motion should be GRANTED. Defendants have shown that it would be more convenient for the witnesses to transfer this case to the Dallas Division of the United States District Court for the Northern District of Texas. Plaintiff did not show otherwise.

THEREFORE, the Court ORDERS that Defendants' Motion to Transfer is GRANTED. This action is hereby **TRANSFERRED** to the Dallas Division of the United States District Court for the Northern District of Texas.

SO ORDERED this 5th day of October, 2009.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT